IRVING RICH, as Assignee of NINTH FEDERAL SAVINGS AND LOAN ASSOCIATION OF NEW YORK CITY, Respondent, v. LOUIS W. VYNER et al., Appellants, and NATHAN H. GATES, Respondent.— Motion referred to the court that rendered the decision. Present — Carswell, Acting P. J., Johnston, Adel, MacCrate and Schmidt, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Johnston, Adel and Wenzel, JJ. [See *ante*, p. 949.]

■

IRVING AGINS, Respondent, v. KAMKET CORPORATION, Appellant.— Appeal by defendant from so much of an order which denied its motion to strike paragraph 18 and part of paragraph 19 from the amended complaint, under rule 103 of the Rules of Civil Practice. Order, insofar as appealed from, modified on the law and the facts by striking from the second ordering paragraph the word "denied" and substituting therefor the word "granted". As so modified, the order is affirmed, with $10 costs and disbursements to appellant. The denial of the motion was an improvident exercise of discretion. Carswell, Acting P. J., Johnston, MacCrate and Schmidt, JJ., concur; Adel, J., not voting.

■

SAMUEL COHEN et al., Appellants, v. ALFRED L. KASKEL et al., Respondents. (Appeal No. 1.)— Action to foreclose a vendor's lien on real property. Appeal from order granting in part and denying in part plaintiffs' motion for examination before trial dismissed, without costs, as academic in the light of the determination in *Cohen* v. *Kaskel*, Appeal No. 2 (*post*, p. 992), decided herewith. Appeal from order denying motion for reargument of the motion for examination before trial dismissed, without costs, as not appealable. Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ., concur.